SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-30027-MAP |
|---|---|---|
| | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) - |
| | ) | Possession of a Firearm by |
| | ) | a Convicted Felon (Count One) |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession with Intent to |
| | ) | Distribute Cocaine Base |
| | ) | (Count Two) |
| vs. | ) | |
| | ) | 18 U.S.C. § 2 - |
| | ) | Aiding and Abetting |
| | ) | (Count Two) |
| | ) | |
| | ) | 26 U.S.C. § 5861(d) - |
| | ) | Possession of an Unregistered |
| | ) | Sawed-Off Shotgun (Count Three) |
| | ) | |
| | ) | 18 U.S.C. § 924(c)(1) - |
| | ) | Possession of Firearm in |
| ARIEL VASQUEZ, | ) | Furtherance of a Drug |
| Defendant. | ) | Trafficking Crime (Count Four) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE:     Title 18, United States Code, Section 922(g)(1) -
               Possession of a Firearm by a Convicted Felon

  1. On or about the 4th day of September, 2003, in

Springfield, Massachusetts,

ARIEL VASQUEZ,

defendant herein, having been convicted of a crime punishable by

imprisonment for a term exceeding one year, knowingly did possess

in or affecting interstate commerce, the following firearms,

    a RG .22 Magnum caliber revolver, serial number IC256153;

    three rounds of .22LR caliber ammunition;

    a 12 gauge Mossberg mod. 500A pump action "sawed-off" shotgun, serial number L996119; and

    six rounds of 12 gauge ammunition.


All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>:        Title 21, United States Code, Section 841(a)(1) -
                        Possession with Intent to Distribute Cocaine Base;
                        Title 18, United States Code, Section 2: Aiding
                        and Abetting

2.  On or about the 4th day of September, 2003, in Springfield, Massachusetts,

**ARIEL VASQUEZ,**

defendant herein, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a substance controlled under Schedule II, Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>:  Title 26, United States Code, Section 5861(d) - Possession of an Unregistered Sawed-Off Shotgun

3.  On or about the 4th day of September, 2003, in Springfield, Massachusetts,

**ARIEL VASQUEZ,**

defendant herein, knowingly received and possessed a firearm, namely a 12 gauge shotgun whose barrel length had been modified to less than eighteen inches and whose overall length had been modified to less than twenty-six inches, not registered to him in the National Firearms Registration and Transfer Record;

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

COUNT FOUR:   Title 18, United States Code, Section 924(c)(1) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime

4.  On or about the 4th day of September, 2003, in Springfield, Massachusetts,

ARIEL VASQUEZ,

defendant herein, knowingly and intentionally possessed a .22 caliber revolver and a 12 gauge sawed-off shotgun, during and in relation to a drug trafficking crime, namely, possession with intent to distribute cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of the Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL

_____
FORPERSON OF THE GRAND JURY


_James R. Goodhind_____
SPECIAL ASSISTANT UNITED STATES ATTORNEY



DISTRICT OF MASSACHUSETTS: May 13, 2004 at 1:37 pm.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT