AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ARIEL VASQUEZ

**APPEARANCE**

Case Number: 04cr30027MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/13/04 | *James R. Goodhines* (signature) |
| Date | Signature |
| | James R. Goodhines — 629578 |
| | Print Name — Bar Number |
| | Assistant U.S. Attorney, 1550 Main Street, #310 |
| | Address |
| | Springfield, MA 01103 |
| | City    State    Zip Code |
| | (413) 785-0235    (413) 785-0394 |
| | Phone Number    Fax Number |