ⵔ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

**NOTICE**

V.

ARIEL VASQUEZ     CASE NUMBER:     04-30027-MAP

TYPE OF CASE:

| G **CIVIL** | : **CRIMINAL** |

: **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, MA 01103 | DATE AND TIME |
|  | May 6, 2004, at 2:00 p.m. |

TYPE OF PROCEEDING

**INITIAL APPEARANCE AND ARRAIGNMENT**

9 **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three |  |  |

TONY ANASTAS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 14, 2004     /s/ Bethaney A. Healy
DATE     (BY) DEPUTY CLERK

TO:     All counsel of record, Defendant, Pretrial Services

Case 3:04-cr-30027-MAP    Document 3    Filed 05/14/2004    Page 2 of 2