AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

U.S.A.

v.

Ariel Vasquez

APPEARANCE

Case Number: 04-30027-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ariel Vasquez

I certify that I am admitted to practice in this court.

June 3, 04
Date

Signature: Miller

Print Name: Myles Jacobson   Bar Number: 249600

Fein, Pearson + Emond, P.C.

Address: 52 Mulberry St.
City: Springfield   State: MA   Zip Code: 01105

Phone Number: 781-5400   Fax Number: 739-0801