UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.  04-30027-MAP |
| ) | |
| v.                       ) | |
| ) | |
| ARIEL VASQUEZ,           ) | |
|         Defendant.       ) | |

## DISMISSAL OF ARIEL VASQUEZ FROM THE INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the defendant **ARIEL VASQUEZ** from the Indictment which charges him with one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1); one count of possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(b)(1)(B)(iii), and 18 U.S.C. § 2; one count of possession of a sawed-off shotgun in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871; and one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18, U.S.C. § 924(c)(1). In support of this dismissal, the government states that **ARIEL VASQUEZ** has pleaded guilty to an indictment for similar charges arising out of this same events in the Hampden County Superior Court, and that the dismissal is in the interests of justice.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ James B. Farmer
        JAMES B. FARMER
        Chief, Criminal Division

        STEPHEN P. HEYMANN
        Deputy Chief, Criminal Division

        James R. Goodhines
        Special Assistant U.S. Attorney

Leave to File Granted:

_____
Michael A Ponsor
United States District Judge